```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

vs.                                       Case No. 2:90-cr-21-FTM-29DNF
                                                   2:01-cr-33-FtM-29DNF

WILFORD RIVERA

_____

**OPINION AND ORDER**

This matter is before the Court on defendant's *pro se* Motion for Reconsideration of this Court's Order Denying Movant's Motion for Reduction of Sentence (Doc. #42), filed on August 7, 2008. Defendant seeks reconsideration of the Court's prior Opinion and Order (Doc. #41) denying a reduction in his sentences in two cases in light of Amendment 706 to the United States Sentencing Guidelines.

The Court accepts defendant's representation that his motion was not intended to seek a reduction in two cases, but was only intended to seek a reduction in the prison term imposed following revocation of supervised release. The Court will also accept that defendant does not rely upon United States v. Booker, 543 U.S. 220 (2005). This does not, however, change the result. In Case No. 2:90-cr-21 defendant is not eligible for a sentence reduction under Amendment 706 because defendant is not currently serving a sentence which was imposed pursuant to a Sentencing Guidelines range that has been lowered by the amendment. Amendment 706 lowered the ranges for sentences imposed under U.S.S.G. § 2D1.1. Defendant is currently serving a sentence for violation of supervised release,

and that sentence was imposed pursuant to U.S.S.G. § 7B1.4 and 18 U.S.C. § 3583.  Amendment 706 did not affect either U.S.S.G. § 7B1.4 or 18 U.S.C. § 3583, and therefore provides no basis for a reduction of the supervised release sentence.  Defendant's reliance on <u>United States v. Etherton</u>, 101 F.3d 80 (9th Cir. 1996) is not persuasive because it did not address Amendment 706, having preceded that amendment by over ten years.  The Court continues to find that <u>Kimbrough v. United States</u>, 128 S. Ct. 558 (2007) provides no support for defendant's motion, nor does <u>Gall v. United States</u>, 128 S.Ct. 586 (2007).  The Court finds no other basis for jurisdiction to modify or reduce the sentence, and therefore finds no basis to reconsider its prior Opinion and Order.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Defendant's Motion for Reconsideration of this Court's Order Denying Movant's Motion for Reduction of Sentence (Doc. #42) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this   3rd   day of September, 2008.

*[signature: John E. Steele]*

JOHN E. STEELE
United States District Judge

Copies:
AUSA Michelland
Wilfred Rivera
U.S. Probation
U.S. Marshal